
**HELTON LAW GROUP, APC**
EDWARD STUMPP (CA Bar No. 157682)
estumpp@helton.law
SAMUEL BLACKMAR (CA Bar No. 331139)
sblackmar@helton.law
ATTORNEYS AT LAW
1590 Corporate Dr.
Costa Mesa, CA  92626
TELEPHONE: (562) 901-4499
FACSIMILE:  (562) 901-4488

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSITY OF SOUTHERN CALIFORNIA ON BEHALF OF ITS KECK HOSPITAL OF USC,<br><br>Plaintiff,<br><br>vs.<br><br>AIDS HEALTHCARE FOUNDATION MEDICAL PLAN; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No:  2:20-cv-08099-JAK (KSx)<br><br>**NOTICE OF SETTLEMENT** |

TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

   PLEASE TAKE NOTICE THAT Plaintiff University of Southern California on behalf of its Keck Hospital of USC, and Defendant AIDS Healthcare Foundation Medical Plan (collectively, the "Parties"), have reached terms of resolution as to all parties and all claims, and are in the process of preparing a written Settlement Agreement to formalize their settlement. Accordingly, Plaintiff respectfully requests that the Court issue an order staying all proceedings in this matter pending a stipulation of dismissal to be filed by the Parties upon performance of the settlement. The Parties

anticipate their Settlement Agreement will be completed, executed and performed within the next few weeks, and that Plaintiff will be able file the stipulation for dismissal within 60 days of entry of the stay order requested herein.

DATED: July 2, 2021                    HELTON LAW GROUP, APC

By: _____/ s / Edward Stumpp_____
    EDWARD STUMPP
    estumpp@helton.law
    SAMUEL BLACKMAR
    sblackmar@helton.law
    Attorneys for Plaintiff
    UNIVERSITY OF SOUTHERN CALIFORNIA