UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSITY OF SOUTHERN CALIFORNIA ON BEHALF OF ITS KECK HOSPITAL OF USC, <br><br> Plaintiff, <br><br> vs. <br><br> AIDS HEALTHCARE FOUNDATION MEDICAL PLAN; and DOES 1 through 25, inclusive, <br><br> Defendants. | Case No. 2:20-cv-08099-JAK-KS <br><br> *Judge: Hon. John A. Kronstadt* <br><br> **ORDER RE: DISMISSAL** <br><br> **JS-6** |

**ORDER**

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED THAT this action is dismissed with prejudice, each party to bear their own fees and costs, including attorneys' fees. The clerk of the court is directed to close this case.

DATED: September 14, 2021

_____
John A. Kronstadt
United States District Judge